IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 08-092 |
| STEVEN MUZYCHKA | : | |

**ORDER**

AND NOW, this **26th** day of **June, 2009**, upon consideration of Defendant Steven Muzychka's Post-Trial Motion for Judgment of Acquittal and/or New Trial, the Government's response thereto, and Defendant's reply thereon, and for the reasons discussed in this Court's Memorandum of June 26, 2009, it is hereby **ORDERED** that Defendant's motion (Document No. 58) is **DENIED**.

BY THE COURT:

_____
Berle M. Schiller, J.