IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 08-92 |
| v. | : | |
| STEVEN MUZYCHKA | : | CIVIL NO. 13-4532 |

ORDER

BERLE M. SCHILLER J.

AND NOW, this 9 day of June, 2014, upon careful and independent consideration of the motion to vacate, set aside, or correct sentence, and after review and objections of the Report and Recommendation of the United States Magistrate Judge Jacob P. Hart, it is thereon

ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The motion to vacate, set aside, or correct sentence is DENIED.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
BERLE M. SCHILLER, J.